IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| v. | § | Criminal Action No. 1:17-cv-00009-O |
| | § | |
| **CHRISTOPHER LAMON HARRIS,** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 20. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted as the findings of the Court.

It is **FURTHER ORDERED** that Defendant's Motion for Psychiatric Exam to Determine Defendant's Ability to Stand Trial (ECF No. 14), filed February 22, 2017, and Defendant's Motion for Psychiatric Exam to Determine Defendant's Sanity at Time of Offense and Ability to Stand Trial (ECF No. 16), filed February 23, 2017, are hereby **GRANTED**.

It is **FURTHER ORDERED** that the attorney for the United States shall ensure that the Attorney General promptly transfers Defendant to the appropriate facility necessary to conduct the examination. Custody shall not exceed forty-five (45) days for evaluation of this matter. Defendant shall be evaluated, pursuant to 18 U.S.C. §§ 4241(a) and (b), 4242(a), and 4247(b) and (c), for purposes of preparing a report, and that such report be written regarding his sanity at the time of the

offenses with which he has been charged and regarding his mental competency to stand trial. The report shall include:

> 1) Defendant's history and present symptoms;
> 2) a description of the psychiatric, psychological and medical tests that were employed and their results;
> 3) the examiner's findings;
> 4) the examiner's opinions as to diagnosis, and prognosis;
> 5) whether defendant was insane at the time of the offenses charged; and
> 6) whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or assist in his defense.

**SO ORDERED** on this **20th day** of **March, 2017**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**