**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 1:17-cv-00009-O** |
| | § | |
| **CHRISTOPHER LAMON HARRIS,** | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 26. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted as the findings of the Court.

It is **FURTHER ORDERED** that Defendant Christopher Lamon Harris is adjudged mentally incompetent to stand trial, and that he be committed to the custody of the Attorney General of the United States under Title 18, United States Code, Section 4241(d), so that the Attorney General may hospitalize him for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that, in the foreseeable future, he will attain the capacity to permit the trial to proceed.

**SO ORDERED** on this **29th day** of **June, 2017**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**